UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XINGSHUN WEN

_____

Write the full name of each plaintiff.

-against-

Tether Operations Limited

_____

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____
(Include case number if one has been assigned)

# COMPLAINT

Do you want a jury trial?
☐ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐  **Federal Question**

☐  **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

1. 18 U.S.C. § 4 (Misprision of Felony)-Tether concealed felony theft by refusing NYPD assistance.
2. 7 U.S.C. § 13(a)(2) (CFTC Anti-Manipulation Rule)- Deceptive acts affecting crypto commodities.
3. 15 U.S.C. § 45 (FTC Act §5 - Unfair Practices) -Unfair business practices in token recovery policies.
4. 28 U.S.C. § 1331 (Federal Question)- Arising under the above federal statutes.

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
           (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of

                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| XINGSHUN | | WEN |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 4838 Glenwood St |
|---|
| Street Address |

| Little Neck | | NY | | 11362 |
|---|---|---|---|---|
| County, City | | State | | Zip Code |

| 9293335158 | ansen.wen@msn.com |
|---|---|
| Telephone Number | Email Address (if available) |

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Tether Operations Limited

| First Name | Last Name | |

Current Job Title (or other identifying information)

Cryptocurrency (USDT) Issuer

Current Work Address (or other address where defendant may be served)

inforequests@tether.to (Official Law Enforcement Contact)

| County, City | State | Zip Code |

Defendant 2:

| First Name | Last Name | |

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| County, City | State | Zip Code |

Defendant 3:

| First Name | Last Name | |

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| County, City | State | Zip Code |

Defendant 4:

| | |
|---|---|
| First Name | Last Name |

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| | | |
|---|---|---|
| County, City | State | Zip Code |

## III. STATEMENT OF CLAIM

Place(s) of occurrence:   Queens, New York City, NY

Date(s) of occurrence:   October 19, 2022

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Factual allegations are fully set forth in the attached 'Statement of Facts' incorporated herein by reference.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

1. Direct Financial Loss
   a) Irrecoverable loss of 345,940 USDT ((pegged 1:1 to USD, totaling $345,940);
   b) Complete dissipation of funds after August 2023 due to Defendant's refusal to act (Exhibit K)
2. Consequential Harm
   a) Psychological distress from prolonged financial insecurity and 10-month observation of static stolen funds;
   b) Costs incurred in pursuing legal remedies."
3. Public Policy Harm - Encouraged criminal behavior by demonstrating:
   a) Stolen funds could be held safely for extended periods (Exhibit J);
   b) Law enforcement requests would be ignored.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

1. Compensatory Damages
   a) 345,940 USDT (or USD equivalent at judgement date);
   b) Pre-judgment interest at 9% per annum from October 21, 2022 until payment;
2. Punitive Damages for Defendant's:
   a) Knowingly false statements to law enforcement;
   b) Bad faith refusal to assist NYPD (enabling fund dispersal).
   c) Selective enforcement creating criminal safe harbor;
3. Declaratory Relief - A judicial determination that:
   a) Defendant's failure to maintain transparent service channels violates NY General Business Law § 349;
   b) Its token recovery policies constitute unconscionable contractual terms;
4. Injunctive Relief:
   a) Require Tether to publish: Clear recovery procedures for theft victims and Law enforcement contact protocols;
   b) Annual compliance audit by independent third-party.
5. Attorneys' Fees & Costs, if applicable (per 28 U.S.C. § 1920 and SDNY rules);
6. Any Further Relief The Court deems just and proper under the circumstances.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| May-05-2025 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |
| XINGSHUN | | WEN |
| First Name | Middle Initial | Last Name |
| 4838 Glenwood St, | | |
| Street Address | | |
| Little Neck | NY | 11362 |
| County, City | State | Zip Code |
| 9293335158 | | ansen.wen@msn.com |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**PLAINTIFF'S STATEMENT OF FACTS (Incorporated by Reference)**

1.  On October 19, 2022, in Queens, NY, 345,940 USDT ($345,940 USD) was stolen from Plaintiff's wallet (TLjn4naUyq6rGwwpqw7NbiNnMYfXKNtt8c) through a phishing scheme. The stolen funds were transferred to a hacker-controlled wallet (TKizZZ5qvZoMrcvpg7ha96Q6HhxSrQw5oH) and later consolidated in wallet TK84xLNXECPermZ2aYW7LrCuWdZCErX3LZ (Exhibit A: Bilic Blockchain Forensic Report).

2.  On October 21, 2022, NYPD confirmed the theft (NYPD Complaint Report #2022-110-009537, Exhibit B) and formally requested Tether's assistance via inforequests@tether.to—an email address Tether publicly designates for law enforcement requests (Exhibit C: NYPD Initial Request Email). Despite clear evidence of the theft (Exhibit A attached by NYPD), Tether failed to act.

3.  On October 24, 2022, Tether explicitly acknowledged inforequests@tether.to as its official law enforcement contact, yet still refused to freeze the stolen funds (Exhibit D: Tether's Email Response).

4.  In late October 2022, NYPD informed Plaintiff that Tether had refused the request and inappropriately inquired about Plaintiff's past relationship with Move Block Capital—a matter wholly irrelevant to the theft.

5.  On November 3, 2022, NYPD reiterated the freeze request, specifying the hacker's wallet address (TK84xLNXECPermZ2aYW7LrCuWdZCErX3LZ) and providing proof of the funds' legitimacy (Exhibit E: NYPD Follow-Up Email). Plaintiff also directly clarified to Tether that the stolen funds were unrelated to Move Block (Exhibit F: Plaintiff's Clarification Email).

6.  On November 8, 2022, Tether definitively refused, falsely claiming it "can only freeze funds from Tether owned wallets, not private wallets" (Exhibit G: NYPD Summary of Tether's Final Response). This constituted a knowing misrepresentation, as:
    - Tether had blacklisted private wallets in other cases (Exhibit H: CZ Binance's Twitter Report);
    - Tether openly advertises "Token Recovery" services for compromised funds (Exhibit I: Tether's Official Recovery Page) , including "Stolen assets (through hacking/phishing)" and "Mistaken transactions".
    *Clarification on "Freezing"*: As issuer of USDT, Tether retains unilateral authority to:

(a) Disable transactions from any USDT address via blacklisting;
(b) Reissue equivalent tokens to victims without needing private keys.
This protocol is functionally equivalent to freezing for law enforcement purposes.
Tether's refusal to utilize these mechanisms constitutes a failure to act in good faith.

7. Funds Retention Period: The stolen USDT remained identifiable in the hacker's wallet for 309 days (until 2023-08-23) (Exhibit J), confirming:
a) Law enforcement monitoring effectively deterred immediate laundering; and
b) Tether had ample opportunity to mitigate losses had it acted on NYPD's request (Exhibit D).

8. Tether's reference to a "prior relationship" and its false technical claims confirm its refusal was made in bad faith and with retaliatory intent.

9. Tether's Public Commitments vs. Actual Conduct:
While openly advertising recovery services for 'compromised funds' (Exhibit I) and having executed such recoveries in high-profile cases (Exhibit H), Tether willfully refused to employ the same protocols for NYPD-verified theft cases. This selective enforcement constitutes:
a) Arbitrary treatment of victims; and
b) Pattern of deceptive practices.

Attachment to Complaint, Case No. _____

**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

| | |
|---|---|
| WEN, XINGSHUN | |
| Name (Last, First, MI) | |

| | | | |
|---|---|---|---|
| 4838 Glenwood St, | Little Neck | NY | 11362 |
| Address | City | State | Zip Code |

| | |
|---|---|
| 9293335158 | ansen.wen@msn.com |
| Telephone Number | E-mail Address |

| | |
|---|---|
| May-07-2025 | |
| Date | Signature |

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007



Registered in England and Wales with company number: 14232181
London: 79 Argent House, NW9 4BP
email: dera@bilic.io, Phone: 02030088888

**Exhibit A: Bilic Blockchain Forensic Report**

# Preliminary Report

**Scammer's wallet (Holding the funds):** TK84xLNXECPernzZaYW7LrCuWdZCErX3LZ

**Hash:** 6a0863c9f8afdee524c2b5d2d0b1692b9ddff684817931594cda420fabce2771

**Victim's wallet:** TLjn4naUyq6rGvwpqw7NbiNnMYfXKNtt8c

**Main scammer's wallet:** TKizZZ5qvZoMrcvpg7ha96Q6HhxSrQw5oH

**Hash:** b6861b14e610ce9274f14d7dfcbd6015c2017c1ca8cb7b356ebc8ced67a42285

**Amount stolen:** 345,940 usdt

The main hacker's wallet has been sending dust tokens to the victim; see below for transaction hashes relating to the dust

- https://tronscan.org/#/transaction/094b2ed41859e3c43ab9664995cfc9fdd388dfdb3f6a0aa2ca7948ebfd30f004
- https://tronscan.org/#/transaction/79aeed14e4ffe2c6725d0ba0d75e467ed92bb76010c9c40d37cb089f6e6e2a70
- https://tronscan.org/#/transaction/a7f2b4d4ac8041700c87479672f5e587701a2f575b203e5843b0ad6ad0da2e02
- https://tronscan.org/#/transaction/fdccb5c22a83cf81d6daf5862755601284dc584c48c5472aebc803549013260a
- https://tronscan.org/#/transaction/7e35f0ab38b5e6277c5d8775c265eaf7726a23b9022488069b898cc7180a0042

Each of this dust token where in bits of 0.01usdt

This wallet should be frozen while we perform further investigations (TK84xLNXECPernzZaYW7LrCuWdZCErX3LZ)

# New York City Police Department
## Omniform System - Complaints

| Report Cmd: 110 | Jurisdiction: N.Y. POLICE DEPT | ICAD#: | Record Status: Ready for Signoff, No Arrest | Public Omni NO | Complaint #: 2022-110-009537 | No Other Legacy Blue Versions | No Other Complaint Revisions |
|---|---|---|---|---|---|---|---|

**Occurrence Location:** INSIDE OF 78-06 46 AVENUE APT: 7A

Name Of Premise:

Premises Type: **RESIDENCE-HOUSE**

Location Within Premise:

Visible By Patrol?: **NO**

**NYC Parks Dept. Property**

Did this offense occur on NYC Parks Dept. Property? **NO**

Command:

NYC Parks Dept. Property Name:

Precinct: **110**
Sector: **A**
Beat:
Post:

---

**Occurrence From:** 2022-10-19 15:00 WEDNESDAY

Occurrence thru: 2022-10-19   17:19

Reported: 2022-10-20   17:19

Complaint Received: WALK-IN

Aided #
Accident #
O.C.C.B. #

---

**Classification:** GRAND LARCENY

Attempted/Completed: **COMPLETED**

Most Serious Offense Is: **FELONY**

PD Code: **430 LARC,GR BYBANKACCT COMP-UNCLAS**

PL Section: **15530**

Keycode: **109 GRAND LARCENY**

**Case Status:** OPEN

Unit Referred To: **P.D.U.**
Clearance Code:
Log/Case #: **0**
Clearance Arrest Id:
Clearance AO Cmd:
File #:
Prints Requested? **NO**

---

**OFFENSES:**

| Order | Offense Desc | Att/Cmplt | PDC Code | PDC Code Desc | PL Section | PL Description | IBR# | Class | Alleged Crime | Justified Crime | Criminal Activity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PL 155 LARCENY | COMPLETED | 430 | LARC,GR BYBANKACCT COMP-UNCLAS | PL 155.30 01 | GR LAR 4:VALUE PROPERTY >$1000 | 23H | Felony | | | |

**Confirmed Shots Fired?**
NO

**Possible Hate Crime ?**
NO

| Is This Related To Stop And Frisk Report NO | SQF Number: 0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO |
|---|---|---|---|

| Gang Related? NO | Detective Borough Wheel Log #: | Name Of Gang: | Child Abuse Suspected? NO |
|---|---|---|---|

| DIR Required? NO | Child in Common? NO | Intimate Relationship? NO | Officer Body Worn Camera: NO |
|---|---|---|---|

**If Burglary:**
Forced Entry?
Structure:
Entry Method:
Entry Location:

**Alarm:**
Bypassed?
Comp Responded?:
Company Name/Phone: - -
Crime Prevention Survey Requested?:
Complaint/Reporter Present?:

**If Arson:**
Structure:
Occupied?:
Damage by:

**Taxi Robbery:**
Partition Present:
Amber Stress Light Activated:
Method of Conveyance:
Location of Pickup:

| Supervisor On Scene - Rank / Name / Command : | Canvas Conducted: NO | Translator(if used): |
|---|---|---|

**NARRATIVE:**
CV STATES THAT AT TPO AN UNKNOWN PERSON DID GAIN ACCESS TO HIS CRYPTO CURRENCYWALLET #TLJN4NAUYQ6RGVWPQW7NBINNMYFXKNTT8C AND DID TRANSFER 345,940 USDT WHICH CARRIES A VALUE OF $345,940 USD TO PERPS

**CRYPTO WALLET #TK84XLNXCPERNZZAYW7LRCUWDZCERX3LZ W/O PERMISSION OR AUTHORITY TO DO SO. 110 PDU DET. NALBACH AND FINANICAL CRIMES DET. TRINGALI NOTIFIED.**

## No NYC TRANSIT Data for Complaint # 2022-110-009537

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 0 | Total Wanted: 0 |
|---|---|---|---|

| *VICTIM: # 1 of 1* | Name: **WEN,XINGSHUN** | Complaint#: **2022-110-009537** |
|---|---|---|

| | |
|---|---|
| Nick/AKA/Maiden: **NO** | Suspected Gang Member: **NO** |
| UMOS: **NO** | Name: |
| Sex/Type: **MALE / INDIVIDUAL** | Reason for Suspected Gang Member Designation: |
| Race: **ASIAN/PACIFIC** | |
| Age: **39** | Will View Photo: **YES** |
| Date Of Birth: **11/29/1982** | Will Prosecute: **YES** |
| Disabled? **NO** | Notified Of Crime Victim Comp. Law: **NO** |
| Is this person not Proficient in English?: | |
| If Yes, Indicate Language: | Other MOS Agency: |
| N.Y.C.H.A Resident? **NO** | Type of Officer Activity/Circumstances: |
| Is Victim fearful for their safety / life? **NO** | Officer Assignment Type: |
| Escalating violence / abuse by suspect? **NO** | Level of Injury: **NOT INJURED** |
| Were prior DIR's prepared for C/V? **NO** | Type of Injury: **NONE** |
| | Medical Treatment: **NOT APPLICABLE** |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | 78-06 46 AVENUE | QUEENS | NEW YORK | | |

**Phone #: HOME: Not Provided/Unavailable CELL: 929-414-8232 BUSINESS:Not Provided/Unavailable BEEPER: Not Provided/Unavailable E-MAIL: Not Provided/Unavailable**

| Action against Victim: | Actions Of Victim Prior To Incident: **AT HOME** |
|---|---|
| Victim Of Similar Incident: **NO** | If Yes, When And Where |

| PROPERTY: | Complaint #**2022-110-009537** | Lost/Stolen/Found: **STOLEN** |
|---|---|---|

| Item | Property Involvement | Property Category | Type | Recovered | Owner Identification Num: | Qty | Description | Serial # | $ Value | $ Recovered |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | STOLEN | CURRENCY | MONEY | NO | NONE | 1. | USC | | 345920. | 0. |

**TOTAL VALUES: STOLEN $ 345920. RECOVERED $ 0.**

| EVIDENCE: | | Complaint # **2022-110-009537** |
|---|---|---|

| Evidence Collected?: | Evidence Collection Team/Crime Scene Requested?: | ECT Responded?: | ECT Run#: | Crime Scene Responded?: | Crime Scene Number: |
|---|---|---|---|---|---|
| Evidence  Invoice # | | | | | |

## No IMEI Data for Complaint # 2022-110-009537

| SCRATCH COPY: | Complaint # **2022-110-009537** |
|---|---|

| 1 | Description **1666306653587_221020185721-4709768.pdf** |
|---|---|
|   1666306653587_221020185721-4709768.pdf | |

## NOTIFICATIONS / ADDITIONAL COPIES: | Complaint # **2022-110-009537**

Notifications to:

Rank/Title   Name        Unit/Agency        Log #

DET      TRINGALI  FINANCIAL CRIME
DET      NALBACH  110 PDU

| Reporting/Investigating M.O.S. Name:<br>**POM RAGONESI ROBERT** | Tax #:<br>**952140** | Command:<br>**PBQ/N** | Rep.Agency:<br>**NYPD** |
|---|---|---|---|
| Supervisor Approving Name:<br>**SGT PEREZ TERESA** | Tax #:<br>**952107** | Command:<br>**110 PCT** | Rep.Agency:<br>**NYPD** |
| Complaint Report Entered By:<br>**POM RAGONESI** | Tax #:<br>**952140** | Command:<br>**PBQ/N** | Rep.Agency:<br>**NYPD** |
| Signoff Supervisor Name: | Tax #:<br>**000000** | Command: | Rep.Agency: |

**END OF COMPLAINT REPORT**
**# 2022-110-009537**

**Exhibit C: NYPD Initial Request Email (2022-10-21)**

## Part 1: Original email screenshot



## Part 2: Transcription

From: MACDONALD, JAMES < *****.********@nypd.org>

To: inforequests@tether.to

Cc: ansen.wen@msn.com; SULLIVAN, ERIC


GOOD AFTERNOON,

My name is Detective Macdonald and I work at the 110 Precinct Detective Squat in the NYPD. I am writing this email in regard to an active police investigation

involving WEN,XINGSHUN and his cryptocurrency accounts. I have attached the police report and he asked for all the concerned bank accounts to be placed on hold pending our investigation.

This case will be investigated by the Financial Crimes Task Force.


Respectfully,

James MacDonald

Police Officer

New York City Police Department

110th Precinct

Detective Squad

94-41 43rd Avenue

Elmhurst, NY 11373

Office: ***-***-****

Cell: ***-***-****

Fax: ***-***-****

*****.********@NYPD.ORG

This e-mail communication and any files transmitted with it contain privileged and confidential information from the New York City Police Department and is intended solely for the use of the individual(s) or entity to whom it has been addressed. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error please delete it and notify the sender by return e-mail.

Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSITIVE / FOR OFFICIAL USE ONLY.

**Part 3: CERTIFICATION**

I, XINGSHUN WEN, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. The attached email screenshot was obtained directly from my ansen.wen@msn.com account on 2022-10-21;

2. The transcription is a true and exact copy;

3. Original electronic copies remain available for forensic inspection."

Signed: _____

Date: _____ May-07-2025 _____

## Exhibit D: Tether's Email Response (2022-10-24)

Fw: 345940 USDT is stolen  [#871016]

**Hello XINGSHUN WEN**

I'm sorry to hear about your situation

As you may know, Tether tokens are managed by open-source software. The software can be downloaded and used by any client to generate addresses and use those addresses for tether transfers without any involvement from Tether. This is similar to how other tokens such as Bitcoin function. We do not issue all the addresses in use and are not in control of them nor of every transaction made on-chain. We also do not have identifying information about the persons who use addresses which we do not control.

The referenced addresses where the funds were transferred to:

**TK84xLNXECPernzZaYW7LrCuWdZCErX3LZ**

does not belong to Tether and is not controlled by Tether. The address that your funds were been sent to appears to be a private wallet. We are not in a position to determine the validity of these transfers. As I am sure you can appreciate, we do not wish to be drawn into a possible dispute between two parties. Any action taken by us in respect of this address could expose us to a claim from the holder if, for example, it turns out the transfers were valid.

Tether to deals directly with law enforcement in these situations. We recommend that you contact local law enforcement authorities to help you with this case and ask that you please direct law enforcement to inforequests@tether.to, if they have any questions. For your convenience, the following template contains the information that is requested from law enforcement who request that assets be frozen. Please note that this information must be received directly from law enforcement.

Hello Officer...

Thank you for your inquiry.

Please be aware Tether can only assist law enforcement and victims of theft within our policies, procedures and technical capabilities. Tether does not have the technical ability to transfer funds between deposit addresses unless we control the private keys. Furthermore, we do not issue all the addresses in use and are not in control of them nor of every transaction made on-chain. We also do not have identifying information about the persons who use addresses that we do not control.

To assist further, we require that you please provide us with the following information:

- The transaction hashes associated with the theft;
- The specific deposit addresses related to the theft;
- Time and dates the theft occurred;
- The jurisdiction the victim(s) resides in;
- Measures used to verify the victim's claim;
- The department managing this case;and,
- Information of the investigating officer(s)
  - Names
  - Email addresses
  - Phone numbers
  - Case or badge number that can be used to verify the request

Per Tether's policies and procedures, we only accept law enforcement requests made by verified law enforcement agents and will only return information to verified law enforcement agents. Accordingly, we require that you provide the official law enforcement website that offers a web link and phone number for your specific department.



*We hope this response has sufficiently answered your questions. If not, please do not send another email. Instead, reply to this email.*

**Submitted:** 2022-10-21 17:27
**Subject:** 345940 USDT is stolen
**Ticket number: #**806226

**EXHIBIT E**

## Exhibit E: NYPD Follow-up Email (2022-11-03)

### Part 1: Original email screenshot

Re: Ticket #633358 - Evidence (All in One)

**CAUTION! EXTERNAL SENDER**
**STOP WHEN UNSURE.** Never click on links or open attachments if sender is unknown, and never provide user ID or password.
**Suspicious?** Please report to this email address: reportphishing@nypd.org

Hi Tether and Detective,

Attached is the KYC and source of coin proof from my UK trading partner, which proves the legitimacy of the funds.
Also, I reattached the evidence from the last email, which could prove the allegation from Moveblock Capital is false.

Once again, I was never involved in any fraud or crime. Otherwise, I wouldn't assist the Singapore Police in person or fight for justice against Moveblock via the Singapore Court. If there is still any doubt about me, please let me know. I could provide the more detailed court or police documents to prove my innocence at any time.

**The stolen 345940 USDT is an independent case. Nothing was related to Moveblock Capital.** After all, I had no connection with Moveblock almost FOUR years ago. So if Tether judges me just based on an allegation made 3-4 years ago without solid evidence, especially from someone who had a dispute with me and hated me, **it is super unfair to me.**

Based on this fact, I hope Tether could review my case and help to assist the detective from the New York Police Department in holding the hacker's Wallet address TK84xLNXECPernzZaYW7LrCuWdZCErX3LZ, for further investigation.

**Tether is a leading company with an outstanding reputation in the blockchain industry. So please help to stop the crime, and let's make the ecosystem better and safer together.**

Thanks.
Ansen, XS Wen

**From:** TRINGALI, JAMES <[redacted]@nypd.org>
**Sent:** Thursday, November 3, 2022 5:05 PM
**To:** Tether Compliance <inforequests@tether.to>
**Cc:** Ansen Wen <ansen.wen@msn.com>
**Subject:** Ticket #633358

Good afternoon,

Going forward I have been assigned and taken over from Det Macdonald the investigation for Xingshun Wen, I have been forwarded the information that you sent to Det Macdonald regarding the previous allegations between Mr. Wen and Moveblock Capital. Mr Wen informed us that he had a judgement in his favor against Moveblock in Singapore and the allegations made against him were false. Mr. Wen also informed me that the money he his claiming was stolen from him, originated from a trading partner located in the UK. Based off of this new information I'm respectfully requesting the alleged stolen funds be frozen which is currently held in Wallet address TK84xLNXECPernzZaYW7LrCuWdZCErX3LZ pending further investigation.

I've advised Mr. Wen to provide documentation regarding his judgement against Moveblock as well as documentation from his trading partner in the UK showing the legitimacy of the funds.

I've attached Mr. Wen to this e-mail to keep him updated in the investigation.

I appreciate all of your help and speedy response.

Thanks,

**Det. James Tringali**
**FCTF**
**Field Intelligence Unit**
**300 Gold St. 6 Fl**
**Brooklyn, NY**
**Office:** [redacted]
**Cell:** [redacted]

**CONFIDENTIALITY NOTICE:** This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.

### Part 2: Transcription

From: TRINGALI, JAMES <*****.********@nypd.org>

Sent: Thursday, November 3, 2022 5:05 PM

To: Tether Compliance <inforequests@tether.to>

Cc: Ansen Wen <ansen.wen@msn.com>

Subject: Ticket #633358

Good afternoon,

Going forward I have been assigned and taken over from Det Macdonald the investigation for Xingshun Wen, I have been forwarded the information that you sent to Det Macdonald regarding the previous allegations between Mr. Wen and Moveblock Capital. Mr Wen informed us that he had a judgement in his favor against Moveblock in Singapore and the allegations made against him were false. Mr. Wen also informed me that the money he his claiming was stolen from him, originated from a trading partner located in the UK. Based off of this new information I'm respectfully requesting the alleged stolen funds be frozen which is currently held in Wallet address TK84XLNXECPernzZaYW7LrCuWdZCErX3LZ pending further investigation.

I've advised Mr. Wen to provide documentation regarding his judgement against Moveblock as well as documentation from his trading partner in the UK showing the legitimacy of the funds.

I've attached Mr. Wen to this e-mail to keep him updated in the investigation.

I appreciate all of your help and speedy response.

Thanks,

Det. James Tringali

FCTF

Field Intelligence Unit

300 Gold St. 6 FI

Brooklyn, NY

Office: (***)-***-****

Cell: (***)-***-****

CONFIDENTIALITY NOTICE:

This e-mail communication and any files transmitted with it contain privileged and confidential information from the New York City Police Department and is intended solely for the use of the individual(s) or entity to whom it has been addressed. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error please delete it and notify the sender by return e-mail.

Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSITIVE / FOR OFFICIAL USE ONLY.


**Part 3: CERTIFICATION**

I, XINGSHUN WEN, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. The attached email screenshot was obtained directly from my ansen.wen@msn.com account on 2022-11-03;

2. The transcription is a true and exact copy;

3. Original electronic copies remain available for forensic inspection."


Signed: _____

Date: ___ May-07-2025 _____

**Exhibit F: Plaintiff's Clarification Email (2022-11-06)**

## Part 1: Original email screenshot



## Part 2: Transcription

From: ansen.wen@msn.com <ansen.wen@msn.com>

Sent: Sunday, November 6, 2022 7:01 PM

To: TRINGALI, JAMES <*****.*****nypd.org>; Tether Compliance <inforequests @tether.to>

Subject: Re: Ticket #633358 - Evidence (All in One)


Hi Tether and Detective,

Attached is the KYC and source of coin proof from my UK trading partner, which proves the legitimacy of the funds Also, I reattached the evidence from the last email, which could prove the allegation from Moveblock Capital is false

Once again, I was never involved in any fraud or crime. Otherwise, I wouldn't assist the Singapore Police in person or fight for justice against Moveblock via the Singapore Court. If there is still any doubt about me, please let me know. I could provide the more detailed court or police documents to prove my innocence at any time.

**The stolen 345940 USDT is an independent case. Nothing was related to Moveblock Capital.** After all, I had no connection with Moveblock almost FOUR years ago. So if Tether judges me just based on an allegation made 3-4 years ago without solid evidence, especially from someone who had a dispute with me and hated me, **it is super unfair to me**.

Based on this fact, I hope Tether could review my case and help to assist the detective from the New York Police Department in holding the hacker's Wallet address TK84xLNXECPernzZaYW7LrCuWdZCErX3LZ, for further investigation.

**Tether is a leading company with an outstanding reputation in the blockchain industry. So please help to stop the crime, and let's make the ecosystem better and safer together.**

Thanks.

Ansen. XS Wen


**Part 3: CERTIFICATION**

I, XINGSHUN WEN, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. The attached email screenshot was obtained directly from my ansen.wen@msn.com account on 2022-11-06;

2. The transcription is a true and exact copy;

3. Original electronic copies remain available for forensic inspection."


Signed: _____

Date: ____ May-07-2025 _____

# Exhibit G: NYPD Summary of Tether's Final Response (2022-11-08)

## Part 1: Original email screenshot

Re: Ticket #633358 - Evidence (All in One)

Thanks.

Ansen, XS Wen

**From:** TRINGALI, JAMES <[redacted]l@nypd.org>
**Sent:** Tuesday, November 8, 2022 9:26 AM
**To:** ansen.wen@msn.com <ansen.wen@msn.com>
**Subject:** Re: Ticket #633358 - Evidence (All in One)

Good morning,

Tether responded to me that based off of their own internal investigations and prior relationship with you, they will not be freezing any funds. They also can only freeze funds from Tether owned wallets, not private wallets. Tether based their decisions on their own risk tolerance, so as we spoke about before, I can't compel a company to take action especially being that Tether is not US based.

**Det. James Tringali**
**FCTF**
**Field Intelligence Unit**
**300 Gold St. 6 Fl**
**Brooklyn, NY**
**Office:** [redacted]5
**Cell:** (9[redacted]

**CONFIDENTIALITY NOTICE:** This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.

**From:** ansen.wen@msn.com <ansen.wen@msn.com>
**Sent:** Sunday, November 6, 2022 7:01 PM
**To:** TRINGALI, JAMES <[redacted]@nypd.org>; Tether Compliance <inforequests@tether.to>
**Subject:** Re: Ticket #633358 - Evidence (All in One)

CAUTION! EXTERNAL SENDER
STOP WHEN UNSURE. Never click on links or open attachments if sender is unknown, and never provide user ID or password.
Suspicious? Please report to this email address: reportphishing@nypd.org

Hi Tether and Detective,

Attached is the KYC and source of coin proof from my UK trading partner, which proves the legitimacy of the funds.
Also, I reattached the evidence from the last email, which could prove the allegation from Moveblock Capital is false.

Once again, I was never involved in any fraud or crime. Otherwise, I wouldn't assist the Singapore Police in person or fight for justice against Moveblock via the Singapore Court. If there is still any doubt about me, please let me know. I could provide the more detailed court or police documents to prove my innocence at any time.

**The stolen 345940 USDT is an independent case. Nothing was related to Moveblock Capital.** After all, I had no connection with Moveblock almost FOUR years ago. So if Tether judges me just based on an allegation made 3-4 years ago without solid evidence, especially from someone who had a dispute with me and hated me, **it is super unfair to me.**

Based on this fact, I hope Tether could review my case and help to assist the detective from the New York Police Department in holding the hacker's Wallet address TK84xLNXECPernzZaYW7LrCuWdZCErX3LZ, for further investigation.

**Tether is a leading company with an outstanding reputation in the blockchain industry. So please help to stop the crime, and let's make the ecosystem better and safer together.**

Thanks.
Ansen, XS Wen

**From:** TRINGALI, JAMES <[redacted]l@nypd.org>

## Part 2: Transcription

From: TRINGALI, JAMES <*****.********@nypd.org>

Sent: Tuesday, November 8, 2022 9:26 AM

To: ansen.wen@msn.com <ansen.wen@msn.com>

Subject: Re: Ticket #633358 - Evidence (All in One)

Good morning,

Tether responded to me that based off of their own internal investigations and prior relationship with you, they will not be freezing any funds. They also can only freeze funds from Tether owned wallets, not private wallets. Tether based their decisions on their own r rance, so as we spoke about before, I can't compel a company to take action especially being that Tether is not US based.

Det. James Tringali

FCTF

Field Intelligence Unit

300 Gold St. 6 Fl

Brooklyn, NY

Office: (***) ***-****

Cell: (***) ***-****

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.


**Part 3: CERTIFICATION**

I, XINGSHUN WEN, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. The attached email screenshot was obtained directly from my ansen.wen@msn.com account on 2022-11-08;

2. The transcription is a true and exact copy;

3. Original electronic copies remain available for forensic inspection."


Signed: _____

Date:    May-07-2025

**Exhibit H: CZ Binance's Twitter(X) Report (2023.08.02)**

## Part 1: Original Twitter(X) screenshot



Original URL:
https://x.com/cz_binance/status/1686764372616515585?s=48&t=TInwiCa8gH2va1KVBIWNjw

## Part 2: Transcription

I want to share this (luckily) unsuccessful, but very clever and close scam incident from yesterday . Saved $20m. Hope it may also save you one day.

The scammers are so good now they generate addresses with the same starting and ending letters, which is what most people check for when doing a crypto transfer. In fact, many wallets hide the middle part of the address with ".." to make the UI look better.

The scammer then use this address to send you dust transactions so that the address is shown in your wallet. Now, if you want to send to the legitimate address, you might just pick one previous transactions in your wallet and copy the address. You might just copy the wrong one. This is what happened yesterday, to a very experienced crypto operator.

**Positive ending for this one. The operator noticed the error right after the transaction, and we were able to request the USDT to be frozen in time. It will now take some process, including filing a police report, to reclaim the funds back. But at least, the funds won't leave with the scammers.**

**Fast reaction is key in these types of recovery.**

Hope this will help you avoid these one day. Stay #SAFU! A

**Part 3: CERTIFICATION**

I, XINGSHUN WEN, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. The attached Twitter(X) screenshot was obtained directly from **https://x.com/cz_binance/status/1686764372616515585?s=48&t=TInwiCa8gH2va1KVBIWNjw**;

2. The transcription is a true and exact copy;

3. Original electronic copies remain available for forensic inspection."

Signed: _____

Date: __May-07-2025_____

**Exhibit I: Tether's Official Recovery Service Page**

Original URL: https://cs.tether.to/





## Exhibit J: Hacker's Wallet Fund Flow

Wallet Overview URL:

https://tronscan.org/#/address/TK84xLNXECPernzZaYW7LrCuWdZCErX3LZ/transfers



Below trasaction records showing the date moved the initial theft fund in and out.



**EXHIBIT J**

Below is the transaction details of the theft fund 345,940 USDT moved in on 2022-10-19.
https://tronscan.org/#/transaction/6a0863c9f8afdee524c2b5d2d0b1692b9ddff684817931594cda420fabce2771

Below is the transaction details of the first fund moved out on 2023-08-23.
https://tronscan.org/#/transaction/5aebc2f3d20bf5e4e365aeded4ecede3529c5cc5a81dd9121173af904627a2c8



**Exhibit K: Tether's Contact Page Showing No Address**

Below is 'About Us' page (https://tether.to/en/about-us)









Below is 'Contact Us' page (https://cs.tether.to)



## Contact Tether Support

| | | |
|---|---|---|
| 🔒 | **Account Access**<br>Google Authenticator 2FA, passwords | › |
| ⚙️ | **Account Settings**<br>Corporate accounts, account closures, email/username/name changes | › |
| ✓ | **Verification**<br>Verification status, eligible jurisdictions | › |
| 🏛️ | **Acquisitions and Redemptions**<br>Delayed acquisitions/redemptions, fees, request cancellations | › |
| ⚠️ | **Bug Reporting**<br>Error messages, bug reports | › |
| ◎ | **Security Concern**<br>Compromised account, stolen funds, impersonation | › |
| 💲 | **Token Recoveries**<br>Unsupported tokens, recoveries requests | › |
| 👥 | **Collaborations**<br>Listings, blockchain integrations, product or service introductions | › |
| ❓ | **Other Issues**<br>General Inquires, Terms of Service, other issues | › |
| 🪪 | **Press Inquiries**<br>Interview requests, podcasts, logo and branding | › |

Copyright © 2025 Tether Operations Limited. All rights reserved.