**Subject: SERVICE OF PROCESS - Wen v. Tether Operations Limited (SDNY)**

To: inforequests@tether.to, support@tether.to, legal@tether.to

Attachments:

- Summons
- Complaint
- Court's Service Order

This constitutes formal service under SDNY authorization.

Defendants must respond within 21 days.