**PRO SE FILING ACCOUNT PROCEDURES**     **U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK**

## Pro Se Filing Account Procedures for: Pro Se Granted Electronic Filing Access.

The U.S. District Court for the Eastern District of New York is a NextGen CM/ECF court.

**In order to request filing access, you must have an upgraded individual PACER account**. If you do not have an upgraded individual PACER Account, click [HERE](#) for procedures. Once you have a PACER Account, follow the steps below to request filing access.

1. Navigate to [www.pacer.gov](http://www.pacer.gov)
2. Click **Manage My Account** at the very top of the page



3. **Login** with your PACER username and password



4. Click on the **Maintenance** tab



5. Select **Non-Attorney Admission/E-File Registration**

6. Select **U.S. District Courts** as the Court Type, **New York Eastern District Court** as the Court and **Party** as Role in Court. Click **Next**.



7. Enter information for **Other Names Used** and **Most Recent Case**.
   *Do Not Leave Most Recent Case blank. **You must enter the NYED case number where your leave to electronically file was granted.  Failure to provide the NYED case number will result in an immediate rejection.**



8. Select **Email Frequency and Email Format,** Click **Next**



9. Set default payment information if desired (not required). Click **Next** when finished, or to bypass this screen. You can add a credit card or ACH payment method for each of the following fee types:
   - Autobill PACER fees
   - Filing fees default

11. Check the two **Non-Attorney E-Filing Terms and Conditions** acknowledgment boxes.

12. Click **Submit**. The court will review your filing request and you provide you with further instructions via email.