Hon. Rachel P. Kovner

United States District Judge

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201


Re: Wen v. Tether Operations Limited – Follow-Up on Filing and Pending Motion

Case No: Case 1:25-cv-03032-RPK-JAM

Pro Se Plaintiff


Dear Judge Kovner:


I respectfully write to follow up on my civil action against Tether Operations Limited, for which I have paid the filing fee of $405 on June 20, 2025, pursuant to the Court's Order dated June 16, 2025.


It has now been over two weeks since payment was made, and I have not yet received confirmation that the case has been docketed or that my Motion for Alternative Service via Email has been reviewed.


As noted in my original motion and previous letter (filed June 13), the defendants have no listed physical address and have only provided a law enforcement and legal contact email, **inforequests@tether.to**. I respectfully renew my request that the Court consider the pending motion under **Rule 4(f)(3)** so that I may proceed with effecting service.


I remain available to promptly provide any additional documents or information the Court may require. Thank you for your attention to this matter.


Respectfully submitted,

XingShun Wen

Pro Se Plaintiff

4838 Glenwood Street

Little Neck, NY 11362

Email: ansen.wen@msn.com

Tel: 929-333-5158

Dated: July 08, 2025