Hon. Rachel P. Kovner & Magistrate Judge Joseph A. Marutollo

RE: Case No. 1:25-cv-03032-RPK-JAM

Wen v. Tether Operations Limited
Dated: September 2, 2025

**Respectful Submission of Renewed Motion for Alternative Service**

Dear Judges Kovner and Marutollo,

I respectfully submit the enclosed Renewed Motion for Alternative Service in accordance with the Court's Order dated August 11, 2025.

First, I would like to sincerely thank the Court for locating a physical address for Tether Operations Limited in El Salvador. I appreciate the Court's diligence. I wish to clarify that my initial failure to find this address was not due to a lack of effort. As a pro se litigant, I conducted searches on Tether's official website, focusing on common sections like "About Us," "Contact," and "Legal," but found no physical mailing address. The address cited by the Court appears in a less prominent document ("Relevant Information Document"), which I did not locate during my research.

Furthermore, it is my understanding that Tether's public presence in El Salvador is a recent development, coinciding with that country's newer policies towards digital assets. My dispute with Tether arose years prior to this change, which explains why this address was not available to me at the outset of this case.

Since the Court's Order, I have made additional attempts (on Aug. 12, Aug. 25 and Aug. 26) to contact Tether directly to confirm the best address for service. I have emailed both their support (support@tether.to) and information request (inforequest@tether.to) departments multiple times, providing our case number and politely asking them to confirm their designated address for service of process. Unusually, and despite generating automated ticket numbers (under ordinary circumstances, Tether's departments typically respond within 24–48 hours for each ticket.), This time, however, both departments have remained completely silent. This collective lack of response appears to be a deliberate attempt to avoid accepting formal notice of this lawsuit.

Therefore, to ensure that Defendant receives actual notice and to comply with the Court's deadline, I now seek approval for a two-pronged approach to service, as detailed in the enclosed motion.

Thank you for your time and consideration.

Respectfully submitted,

Xingshun Wen, Pro Se

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

XINGSHUN WEN,

Plaintiff,                                              CASE NO.: 1:25-cv-03032-RPK-JAM

-v-                                                     MOTION FOR ALTERNATIVE SERVICE

TETHER OPERATIONS LIMITED,                              PURSUANT TO FRCP 4(f)(3)

Defendant.

## I. RELIEF REQUESTED

Plaintiff respectfully moves for an order permitting alternative service of process upon Defendant Tether Operations Limited via (1) international mail to its physical address in El Salvador, and/or (2) email to its designated electronic addresses, as it is a company that operates primarily online and has demonstrated resistance to accepting formal notice.

## II. FACTUAL BACKGROUND

The Court's Order dated August 11, 2025, identified a physical address for Defendant in El Salvador: Edificio Torre Futura, Oficina 6, Nivel 11, entre 87 y 89 avenida norte, Colonia Escalón, San Salvador, El Salvador.

Plaintiff acknowledges this address and thanks the Court for its diligence. Plaintiff's initial failure to locate it was not due to a lack of effort; it was not listed on Defendant's main "Contact" pages and appears in a less prominent document.

Since the Court's Order, Plaintiff has emailed Defendant's support@tether.to and inforequest@tether.to departments multiple times, providing the case number and requesting confirmation of their service address. Unusually, both departments have remained completely silent despite generating automated ticket responses, suggesting a deliberate attempt to avoid formal notice.

Defendant operates a multi-billion-dollar cryptocurrency business with an exclusively digital public footprint and has designated inforequests@tether.to for official law enforcement requests (see Complaint Exhibit D).

1

III. GOOD CAUSE STATEMENT

Service via international mail is necessary and proper as it utilizes the address found by the Court and is expressly permitted by the Hague Service Convention (see Legal Basis).

Service via email is necessary as a supplemental method because:

a) Defendant's business model is entirely digital, and physical mail may be ignored or rejected at the Salvadoran address.

b) Defendant's unusual silence in response to direct inquiries about this lawsuit indicates a pattern of avoidance.

c) Defendant has previously demonstrated actual notice through electronic communications with law enforcement regarding this matter.

As a Pro Se litigant, Plaintiff lacks the resources to undertake complex international investigations or navigate foreign judicial systems should mail service fail.

IV. LEGAL BASIS

Fed. R. Civ. P. 4(f)(3) permits a court to order a means of service not prohibited by international agreement so long as it comports with due process.

The Hague Service Convention permits service by postal channel (e.g., FedEx, DHL) to El Salvador, as El Salvador has registered NO opposition to Article 10(a) (See Exhibit H: Official HCCH Chart).

Email service is not prohibited under the Convention for El Salvador and is appropriate for internet-based companies. See SEC v. Telegram Group Inc., No. 19-cv-9439 (PKC) (S.D.N.Y. Mar. 24, 2020) (approving email service on a foreign crypto entity under identical circumstances where traditional service was impracticable).

The proposed methods are reasonably calculated to provide actual notice and thus satisfy due process.

V. PROPOSED SERVICE METHOD

Service shall be complete upon the earlier of:

A. By International Mail: Sending the Summons, Complaint, and this Order via FedEx International Priority, DHL Express, or similar international courier (with tracking and signature confirmation required) to: Edificio Torre Futura, Oficina 6, Nivel 11, entre 87 y 89 avenida norte, Colonia Escalón, San Salvador, El Salvador.

AND/OR

B. By Email: Sending the Summons, Complaint, and this Order as PDF attachments to the following email addresses:

inforequests@tether.to (primary, designated law enforcement channel)

support@tether.to (secondary, operational contact)

legal@tether.to (tertiary, general legal inquiries)

## VI. EXHIBITS

The following exhibits are incorporated by reference:

Exhibit M: Official HCCH chart confirming El Salvador has no opposition to service via postal channels (Article 10(a)).

Exhibit N: Screenshots of Plaintiff's emails to Tether support and information requests departments inquiring about service address (to be attached as a separate PDF).

WHEREFORE, Plaintiff respectfully requests this Court grant this Renewed Motion for Alternative Service.

A proposed order is attached after Exhibit N hereto for the Court's convenience.

Dated: September 2, 2025

Respectfully submitted,

XingShun Wen, Pro Se

4838 Glenwood St,

Little Neck, NY, 11362

929-333-5158

ansen.wen@msn.com

3