# EXHIBIT H

# Highlighted in item No. 28, Page 6



## TABLE REFLECTING APPLICABILITY OF ARTICLES 8(2), 10(a)(b) AND (c), 15(2) AND 16(3) OF THE HCCH 1965 SERVICE CONVENTION

| | Contracting Parties | Art. 8(2) | Art. 10 | | | Art. 15(2) | Art. 16(3) |
|---|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | | |
| 1. | Albania | No opposition | No opposition | No opposition | No opposition | No declaration of applicability | No declaration |
| 2. | Andorra | Opposition | No opposition | No opposition | No opposition | Declaration of applicability | Declaration that application for relief will no longer be entertained if it is filed after the expiration of more than one year following the date of the judgment |
| 3. | Antigua and Barbuda | No opposition | No opposition | Additional information | Additional information | Declaration of applicability | No declaration |
| 4. | Argentina | No opposition | Opposition | Opposition | Opposition | Declaration of applicability | Declaration of applicability |
| 5. | Armenia | No opposition | No opposition | No opposition | No opposition | No declaration of applicability | No declaration |

|  | Contracting Parties | Art. 8(2) | Art. 10 | | | Art. 15(2) | Art. 16(3) |
|---|---|---|---|---|---|---|---|
|  |  |  | (a) | (b) | (c) |  |  |
| 6. | Australia | No opposition | Qualified opposition | No opposition | No opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment, except where it is determined otherwise by the Court seized by the matter |
| 7. | Austria | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |
| 8. | Azerbaijan | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | No declaration |
| 9. | Bahamas | No opposition | No opposition | No opposition | No opposition | No declaration of applicability | No declaration |
| 10. | Barbados | No opposition | No opposition | No opposition | No opposition | No declaration of applicability | No declaration |
| 11. | Belarus | No opposition | No opposition | No opposition | No opposition | No declaration of applicability | No declaration |

|  | Contracting Parties | Art. 8(2) | Art. 10 | | | Art. 15(2) | Art. 16(3) |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  |  |  | (a) | (b) | (c) |  |  |
| 12. | Belgium | Opposition | No opposition | No opposition | No opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |
| 13. | Belize | No opposition | No opposition | No opposition | No opposition | No declaration of applicability | No declaration |
| 14. | Bosnia and Herzegovina | No opposition | No opposition | No opposition | No opposition | No declaration of applicability | No declaration |
| 15. | Botswana | No opposition | No opposition | Opposition | Opposition | Declaration of applicability | No declaration |
| 16. | Brazil | Opposition | Opposition | Opposition | Opposition | No declaration of applicability | No declaration |
| 17. | Bulgaria | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |

|     | Contracting Parties | Art. 8(2) | Art. 10 | | | Art. 15(2) | Art. 16(3) |
|-----|---------------------|-----------|---------|---------|---------|------------|------------|
|     |                     |           | (a)     | (b)     | (c)     |            |            |
| 18. | Canada | No opposition | No opposition | No opposition | No opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of judgment, except in exceptional cases determined by the rules of the Court seized of the matter |
| 19. | China, People's Republic of | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |
|     | China (Hong Kong) | Opposition | No opposition | Additional information | Additional information | No declaration of applicability | No declaration |
|     | China (Macao) | Opposition | No opposition | No opposition | No opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |
| 20. | Colombia | No opposition | No opposition | No opposition | No opposition | No declaration of applicability | No declaration |
| 21. | Costa Rica | No opposition | No opposition | No opposition | No opposition | No declaration of applicability | No declaration |

|     | Contracting Parties | Art. 8(2) | Art. 10 | | | Art. 15(2) | Art. 16(3) |
|-----|--------------------|-----------|---------|---|---|-----------|------------|
|     |                    |           | (a)     | (b) | (c) |           |            |
| 22. | Croatia            | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |
| 23. | Cyprus             | No opposition | No opposition | No opposition | No opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |
| 24. | Czech Republic     | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | No declaration |
| 25. | Denmark            | No opposition | No opposition - Additional information, see practical information chart | No opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment (additional information, see declarations) |
| 26. | Dominican Republic | No opposition | No opposition | No opposition | No opposition | No declaration of applicability | No declaration |
| 27. | Egypt              | Opposition | Opposition | Opposition | Opposition | No declaration of applicability | No declaration |

| | Contracting Parties | Art. 8(2) | Art. 10 | | | Art. 15(2) | Art. 16(3) |
|---|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | | |
| 28. | El Salvador | Opposition | No opposition | No opposition | No opposition | No declaration of applicability | No declaration |
| 29. | Estonia | No opposition | No opposition | No opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of three years following the date of the judgment |
| 30. | Finland | No opposition | No opposition | Additional information | Additional information | No declaration of applicability | No declaration |
| 31. | France | Opposition | No opposition | No opposition | No opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of twelve months following the date of the judgment |
| 32. | Georgia | Opposition | No opposition | Opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be upheld if it is filed after the expiration of a period of five years following the date of which the judgment was given |
| 33. | Germany | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the termination of the time limit which has not been observed |

|  | Contracting Parties | Art. 8(2) | Art. 10 | | | Art. 15(2) | Art. 16(3) |
|---|---|---|---|---|---|---|---|
|  |  |  | (a) | (b) | (c) |  |  |
| 34. | Greece | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | No declaration |
| 35. | Hungary | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |
| 36. | Iceland | No opposition | No opposition | Opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |
| 37. | India | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |
| 38. | Ireland | No opposition | No opposition | Additional information | Additional information | Declaration of applicability | No declaration |
| 39. | Israel | No opposition | Qualified opposition | Additional information | Additional information | No declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |

|     | Contracting Parties | Art. 8(2) | Art. 10 | | | Art. 15(2) | Art. 16(3) |
|---|---|---|---|---|---|---|---|
|     |     |     | (a) | (b) | (c) |     |     |
| 40. | Italy | No opposition | No opposition | No opposition | No opposition | No declaration of applicability | No declaration |
| 41. | Japan | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | No declaration |
| 42. | Kazakhstan | No opposition | No opposition | No opposition | No opposition | No declaration of applicability | Declaration that application for relief will not be entertained if it is filed after expiration of one year following the date of the judgment |
| 43. | Kuwait | Opposition | Opposition | Opposition | Opposition | Declaration of non-applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of the time fixed by the law of the trial judge or one year following the date of judgment, whichever is longer |
| 44. | Latvia | Opposition | Qualified opposition | Opposition | Opposition | Declaration of applicability | No declaration |
| 45. | Lithuania | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |

|  | Contracting Parties | Art. 8(2) | Art. 10 | | | Art. 15(2) | Art. 16(3) |
|---|---|---|---|---|---|---|---|
|  |  |  | (a) | (b) | (c) |  |  |
| 46. | Luxembourg | Opposition | No opposition | No opposition | No opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after expiration of one year following the date of the judgment |
| 47. | Malawi | No opposition | No opposition | No opposition | No opposition | No declaration of applicability | No declaration |
| 48. | Malta | Opposition | Opposition | Opposition | Opposition | No declaration of applicability | No declaration |
| 49. | Marshall Islands | Opposition | Opposition | No opposition | No opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after expiration of one year following the date of the judgment |
| 50. | Mexico | Opposition | Opposition | Opposition | Opposition | Declaration of non-applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of judgment, or a longer period which the judge may deem reasonable (additional information, see declarations) |

|  | Contracting Parties | Art. 8(2) | Art. 10 | | | Art. 15(2) | Art. 16(3) |
|---|---|---|---|---|---|---|---|
|  |  |  | (a) | (b) | (c) |  |  |
| 51. | Monaco | Opposition | Opposition | No opposition | No opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after expiration of twelve months following the date of the judgment |
| 52. | Montenegro | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after expiration of one year following the date of the judgment |
| 53. | Morocco | No opposition | No opposition | No opposition | No opposition | No declaration of applicability | No declaration |
| 54. | Netherlands | No opposition | No opposition | No opposition | No opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |
| 55. | Nicaragua | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |
| 56. | North Macedonia | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |

|     | Contracting Parties | Art. 8(2) | Art. 10 | | | Art. 15(2) | Art. 16(3) |
|-----|---------------------|-----------|---------|---|---|-----------|------------|
|     |                     |           | (a) | (b) | (c) |           |            |
| 57. | Norway | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed if delivered to the competent Norwegian authorities after the expiration of three years following the date of the judgment |
| 58. | Pakistan | Opposition | No opposition | No opposition | No opposition | Declaration of applicability | Declaration that application for relief from ex parte decisions will not be entertained if it is filed after the expiration of the period of limitation prescribed by the law of Pakistan |
| 59. | Paraguay | Opposition | Opposition | Opposition | Opposition | No declaration of applicability | No declaration |
| 60. | Philippines | Opposition | Opposition | No opposition | Opposition | No declaration of applicability | No declaration |
| 61. | Poland | Opposition | Opposition | Opposition | Opposition | No declaration of applicability | No declaration |
| 62. | Portugal | Opposition | No opposition | No opposition | No opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |

|  | Contracting Parties | Art. 8(2) | Art. 10 | | | Art. 15(2) | Art. 16(3) |
|---|---|---|---|---|---|---|---|
|  |  |  | (a) | (b) | (c) |  |  |
| 63. | Republic of Korea | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | No declaration |
| 64. | Republic of Moldova | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |
| 65. | Romania | Opposition | No opposition | No opposition | No opposition | No declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |
| 66. | Russian Federation | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | No declaration |
| 67. | Saint Vincent and the Grenadines | No opposition | No opposition | Opposition | Opposition | Declaration of applicability | No declaration |
| 68. | San Marino | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | No declaration |
| 69. | Serbia | Opposition | Opposition | No opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |

|  | Contracting Parties | Art. 8(2) | Art. 10 | | | Art. 15(2) | Art. 16(3) |
|---|---|---|---|---|---|---|---|
|  |  |  | (a) | (b) | (c) |  |  |
| 70. | Seychelles | Opposition | No opposition | Additional information | Additional information | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |
| 71. | Singapore | Opposition | Opposition | Opposition | Opposition | No declaration of applicability | No declaration |
| 72. | Slovakia | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | No declaration |
| 73. | Slovenia | Opposition | Qualified opposition | Opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |
| 74. | Spain | No opposition | No opposition | No opposition | No opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of sixteen months following the date of the judgment |
| 75. | Sri Lanka | Opposition | Opposition | No opposition | Opposition | Declaration of applicability | No declaration |
| 76. | Sweden | No opposition | No opposition | Additional information | Additional information | No declaration of applicability | No declaration |

|  | Contracting Parties | Art. 8(2) | Art. 10 | | | Art. 15(2) | Art. 16(3) |
|---|---|---|---|---|---|---|---|
|  |  |  | (a) | (b) | (c) |  |  |
| 77. | Switzerland | Opposition | Opposition | Opposition | Opposition | No declaration of applicability | No declaration |
| 78. | Tunisia | Opposition | No opposition | No opposition | No opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of twelve months following the date of the judgment |
| 79. | Türkiye | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |
| 80. | Ukraine | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the after expiration of one year following the date of the judgment |
| 81. | United Kingdom of Great Britain and Northern Ireland | No opposition | No opposition | Additional information – See declarations and practical information chart | Additional information - See declarations and practical information chart | Declaration of applicability | In relation to *Scotland only*, applications for setting aside judgments on the grounds that the defendant did not have knowledge of the proceedings in sufficient time to defend the action will not be entertained if filed more than one year after the date of judgment. |

|  | Contracting Parties | Art. 8(2) | Art. 10 | | | Art. 15(2) | Art. 16(3) |
|---|---|---|---|---|---|---|---|
|  |  |  | (a) | (b) | (c) |  |  |
| 82. | United States of America | No opposition – See Practical information chart | No opposition | No opposition | No opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after: a) after the expiration of the period within which the same may be filed under the procedural regulations of the court in which the judgment has been entered, or b) after the expiration of one year following the date of judgment, whichever is later. |
| 83. | Venezuela (Bolivarian Republic of) | Opposition | Opposition | No opposition | No opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after expiration of the period specified in Venezuelan law |
| 84. | Viet Nam | Opposition | Qualified opposition | Opposition | Opposition | Declaration of applicability | No declaration |