**EXHIBIT N** - Screenshots of Plaintiff's emails to Tether to request service address

