UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| XINGSHUN WEN, | |
| Plaintiff, | CASE NO.: 1:25-cv-03032-RPK-JAM |
| v. | [PROPOSED] ORDER |
| TETHER OPERATIONS LIMITED, | GRANTING ALTERNATIVE SERVICE |
| Defendant. | PURSUANT TO FED. R. CIV. P. 4(f)(3) |

Upon review of Plaintiff's Renewed Motion for Alternative Service, and for good cause shown, it is hereby:

ORDERED that Plaintiff is authorized to serve the Summons, Complaint, and this Order upon Defendant Tether Operations Limited using one or both of the following methods:

1. **By International Mail**: Via FedEx International Priority, DHL Express, or similar international courier service that provides a tracking number and requires a signature upon delivery, addressed to:

    Edificio Torre Futura, Oficina 6, Nivel 11,

    entre 87 y 89 avenida norte, Colonia Escalón,

    San Salvador, El Salvador.

2. **By Electronic Mail (Email)**: By sending the Summons, Complaint, and this Order as PDF attachments to the following email addresses:

    a. inforequests@tether.to

    b. support@tether.to

    c. legal@tether.to

IT IS FURTHER ORDERED that service shall be deemed complete on the earliest of:

   a) The date of delivery as indicated by the courier's tracking system for international mail;

1

    b) The date a read receipt or any form of responsive communication is received from any of the above email addresses; or

    c) Seven (7) calendar days after the international mail is shipped or the email is sent, if no delivery failure notification is received.

IT IS FURTHER ORDERED that Defendant shall file its response to the Complaint within twenty-one (21) days after service is deemed complete.

SO ORDERED.

Dated: Brooklyn, New York

September \_\_\_\_, 2025

_____

HON. RACHEL P. KOVNER

United States District Judge

2