Hon. Rachel P. Kovner & Magistrate Judge Joseph A. Marutollo

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

RE: Case No. 1:25-cv-03032-RPK-JAM

Wen v. Tether Operations Limited

**URGENT: Request for Extension of Service Deadline**

Dear Judges Kovner and Marutollo,

I write with utmost urgency regarding the October 10, 2025 deadline to serve the Defendant in the above-referenced case.

I have diligently followed the Court's August 11 Order by filing a Renewed Motion for Alternative Service on September 3, 2025. I am deeply concerned that, with the deadline now only ten days away, there is insufficient time for the Court to rule on my motion and for me to then complete international service.

To avoid the extreme prejudice of having my case dismissed for a procedural issue despite my best efforts, I have today filed an Emergency Motion to Extend the Service Deadline.

I respectfully ask the Court to consider this emergency request on an expedited basis. If the Court needs more time to fully consider my underlying Alternative Service motion, I would be grateful if the Court could simply issue a brief order extending the service deadline by 60 days in the interim. This would preserve the status quo and allow the Court sufficient time to rule on the merits of my service motion without the pressure of an imminent deadline.

Thank you for your attention to this critical matter.

Respectfully,

XingShun Wen, Pro Se

September 30, 2025

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

XINGSHUN WEN,

Plaintiff,

v.

TETHER OPERATIONS LIMITED,

Defendant.

CASE NO.: 1:25-cv-03032-RPK-JAM

EMERGENCY MOTION TO EXTEND DEADLINE FOR SERVICE OF PROCESS

## I. RELIEF REQUESTED

Plaintiff respectfully moves this Court, on an emergency basis, for an Order extending the deadline to serve Defendant Tether Operations Limited from October 10, 2025, to a date sixty (60) days after the Court's ruling on Plaintiff's pending Renewed Motion for Alternative Service (Dkt. No. 20).

## II. FACTUAL BACKGROUND

On August 11, 2025, the Court entered an Order denying Plaintiff's initial motion for alternative service without prejudice and extending the deadline to serve Defendant to October 10, 2025.

In compliance with the Court's Order, Plaintiff diligently filed a Renewed Motion for Alternative Service on September 3, 2025 (Dkt. No. 20), seeking authorization to serve Defendant via international mail and email pursuant to the Hague Service Convention.

As of the date of this filing, September 30, 2025, the Court has not yet ruled on the September 3 Renewed Motion.

The current service deadline of October 10, 2025 is now only ten (10) days away.

## III. GOOD CAUSE STATEMENT / LEGAL BASIS

Good Cause for Extension: Plaintiff has demonstrated good cause for an extension because his failure to serve by the deadline is not due to neglect, but to the pendency of a motion that the

Court itself invited him to file. See Fed. R. Civ. P. 4(m) (court must extend time if plaintiff shows good cause).

Impossibility of Timely Compliance: Even if the Court grants the alternative service motion imminently, it is logistically impossible to effectuate international service to El Salvador (including shipping time, delivery attempts, and obtaining signed proof of service) and to file that proof with the Court by October 10, 2025.

Prejudice Avoidance: Denying this extension would result in the extreme prejudice of dismissal of Plaintiff's case over a procedural impasse, despite Plaintiff's diligent compliance with court orders and ongoing efforts to prosecute his case on the merits.

## IV. PROPOSED ORDER

Plaintiff has submitted a Proposed Order concurrently herewith for the Court's convenience.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Emergency Motion and extend the deadline for service of process as set forth in the Relief Requested above.

Dated: September 30, 2025

Respectfully submitted,

XINGSHUN WEN

Pro Se Plaintiff

4838 Glenwood St,

Little Neck, NY, 11362

929-333-5158

ansen.wen@msn.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

XINGSHUN WEN,

Plaintiff,

-v.-

TETHER OPERATIONS LIMITED,

Defendant.

CASE NO.:    1:25-cv-03032-RPK-JAM

[PROPOSED] ORDER GRANTING EMERGENCY MOTION TO EXTEND DEADLINE FOR SERVICE OF PROCESS

Upon consideration of Plaintiff's Emergency Motion to Extend Deadline for Service of Process, and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED; and it is further

ORDERED that the deadline for Plaintiff to effectuate service of process upon Defendant Tether Operations Limited is hereby extended to sixty (60) days from the date of this Court's Order on Plaintiff's pending Renewed Motion for Alternative Service (Dkt. No. 20); and it is further

ORDERED that Plaintiff shall file proof of such service with the Court promptly upon completion.

SO ORDERED.

Dated: Brooklyn, New York

_____, 2025

HON. RACHEL P. KOVNER

United States District Judge